

# United States District Court
## Eastern District of California

In re Application Dr. Rahul Sharma, M.D.

Plaintiff(s)

V.

Defendant(s)

Case Number: 2:24-mc-00119-DJC-JDP

APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, T. Edward Williams, Esq. _____ hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Applicant

On 04/10/2010 (date), I was admitted to practice and presently in good standing in the _____ (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have  ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 03/18/2024

Signature of Applicant: /s/ _____

**Pro Hac Vice Attorney**

Applicant's Name: T. Edward Williams, Esq.
Law Firm Name: Williams LLP
Address: 45 Rockefeller Plaza 20th FL

City: New York  State: NY  Zip: 10111
Phone Number w/Area Code: (212) 417-0430
City and State of Residence: New York, New York
Primary E-mail Address: edward@willaimsllp.com
Secondary E-mail Address: admin@williamsllp.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Michael S. Wilcox, Esq.
Law Firm Name: Gavrilov & Brooks
Address: 2315 Capitol Avenue

City: Sacramento  State: CA  Zip: 95816
Phone Number w/Area Code: (916) 504-0529  Bar #: 215269

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: March 21, 2024

*Daniel J. Calabretta*
JUDGE, U.S. DISTRICT COURT